In the Matter of the Application of JOHN VAN KLEECK, Appellant, to Have His Claim against THE CITY OF NEW YORK, Respondent, Taxed and Adjusted.

*Matter of Van Kleeck* v. *City of N. Y.*, 151 App. Div. 749, appeal dismissed.

(Argued April 15, 1913; decided April 29, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

July 3, 1912, which reversed an order of Special Term appointing a referee to take testimony and report as to a claim for services against the city of New York.

*Augustus H. Van Buren* for appellant.

*Archibald R. Watson, Corporation Counsel (William McM. Speer* of counsel), for respondent.

Appeal dismissed, with costs. We agree with the Appellate Division as to the merits of the application, that the disbursements can be taxed only for or on application of the commissioner and the relator's claim, if any, is against the officer personally. In addition, the present order is not appealable to this court; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, COLLIN, CUDDEBACK and MILLER, JJ.